UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHERRIE PANSANO
AND GERALD PANSANO

VERSUS

PINNACLE ENTERTAINMENT, INC.
AND ABC INSURANCE COMPANY

CIVIL ACTION

NO. 17-365-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 16, 2018, to which no opposition was filed;

**IT IS ORDERED** that the Motion to Remand, (Doc. 13) is GRANTED, and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on <u>July 31, 2018</u>.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA